Protective Union, 118 N. Y. 101, 23 N. E. 129), need not, therefore, be determined.

The motion for a peremptory writ of mandamus is denied, with $10 costs.

---

BRINK v. HOME INS. CO. OF THE CITY OF NEW YORK.

(Supreme Court, Appellate Division, Second Department. February 18, 1896.)

CHANGE OF VENUE—CONVENIENCE OF WITNESS—COUNTY ADJOINING NEW YORK.
   A change of venue to New York county for convenience of witnesses will not be granted from any of the counties adjoining New York county, unless the case is of exceptional character.

Appeal from special term, Westchester county.

Action by Carrie Archer Brink against the Home Insurance Company of the city of New York, impleaded with the Bank for Savings of the city of New York, on a fire insurance policy. From an order denying a motion for a change of venue from Westchester county to New York county, defendant insurance company appeals. Affirmed.

The opinion of Mr. Justice GAYNOR, at special term, is as follows:

It is the rule not to change the venue for convenience of witnesses from any of the adjacent counties to New York county. The county seat of Westchester county is convenient to New York City. These cases are not so exceptional as to cause a departure from the rule. The long distances in the country, which cause change of venue, do not exist hereabouts. It cannot be said to be any grave inconvenience to go a distance which takes only an hour or less. The strong tone of the brief submitted is quite unnecessary. It stands on the alleged right of the defendants, whereas it is not a matter of right. The alleged injustice is imaginary. Motions all denied.

Argued before BROWN, P. J., and PRATT, CULLEN, BARTLETT, and HATCH, JJ.

Richards & Heald, for appellant.
Eugene L. Bushe, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, for the reasons assigned by the judge at special term.